UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SERVANDO PARAON CALICDAN** | **CASE NO. 6:21-CV-03283** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **M D NIGERIA L L C ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 52] having been considered, together with the Objection [Doc. No. 55] filed by Plaintiff, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant M D Nigeria, LLC's Renewed Motion to Dismiss and Compel Arbitration [Doc. No. 27] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Servando Paraon Calicdan's Motion to Take Limited Early Discovery on Issues of Arbitrability [Doc. No. 42] is **DENIED,** and Defendant M.D. Nigeria LLC's Motion to Strike Improper Surreply [Doc. No. 45] is **DENIED.**

MONROE, LOUISIANA, this 15th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**